IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 5:25-cr-335-HNJ |
| | ) |
| JASON A. NEISWANGER | ) |

## INFORMATION

The United States Attorney charges:

**COUNT ONE:** Title 50, United States Code, Section 797. **Violation of Defense Property Security Regulation for Firearm Possession.**

That on or about the 31st day of December, 2024, within the Northern District of Alabama, the Defendant, **JASON A. NEISWANGER,** on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, did willfully violate a defense property security regulation by unlawfully possessing a firearm without prior authorization, in violation of Title 50, United States Code, Section 797.

PRIM F. ESCALONA
United States Attorney

*/s/ electronic signature*
SEAN HARSHEY
Special Assistant United States Attorney